UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff(s),

-against-

VICTOR EMILIO CAZARES-SALAZAR,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024

11-CR-685-02 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    IT IS HEREBY ORDERED that, good cause having been shown, the unopposed Motion to Terminate Supervised Release is granted. Defendant Victor Emilio Cazares-Salazar's supervised release is terminated.

Dated: October 8, 2024
       New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge